No. 10–5731. LAURORE *v.* UMASS MEDICAL HEALTHCARE ET AL. App. Ct. Mass. Certiorari denied. 

No. 10–5733. RODRIGUEZ APONTE *v.* MCKEE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 10–5747. ROUSER *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 10–5748. SHEEHAN *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 10–5749. RICHARD *v.* ROCK, SUPERINTENDENT, UPSTATE CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 10–5750. ROSENBLUM *v.* CAMPBELL, WARDEN. C. A. 9th Cir. Certiorari denied. 

No. 10–5751. SHERMAN *v.* HENDERSON, YOLO COUNTY DISTRICT ATTORNEY, ET AL. C. A. 9th Cir. Certiorari denied. 

No. 10–5755. KING *v.* IOWA DEPARTMENT OF CORRECTIONS ET AL. C. A. 8th Cir. Certiorari denied. 

No. 10–5757. LEE *v.* LUDWICK, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 10–5758. LEWIS *v.* COCA-COLA ENTERPRISES, INC. C. A. 6th Cir. Certiorari denied.

No. 10–5759. KANTAMANTO *v.* NORTH. C. A. 3d Cir. Certiorari denied. 

No. 10–5761. BROWN *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 10–5766. KNIGHT *v.* YATES, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–5771. THOMPSON *v.* FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.